IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER LOVE, JR.                                                                                      PLAINTIFF

v.                                            Case No. 4:23-cv-04038

SERGEANT MERCHANT; and
CAPTAIN JAMES WISE                                                                                    DEFENDANTS

**ORDER**

    Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Bryant recommends that Defendants' Partial Motion for Summary Judgment (ECF No. 14) be granted and all claims against Defendant Wise be dismissed for failure to exhaust administrative remedies.

    Plaintiff filed a response stating that he does not wish to file an objection to the Report and Recommendation. ECF No. 23. Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 22) *in toto*. Defendants' Partial Motion for Summary Judgment (ECF No. 14) is hereby **GRANTED** and all claims against Defendant Wise are hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 7th day of February, 2024.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                Chief United States District Judge