IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER LOVE, JR.                                                                                   PLAINTIFF

v.                                      Case No. 4:23-cv-4038

SERGEANT MERCHANT                                                                                    DEFENDANT

## ORDER

    Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 40. Judge Bryant recommends that Defendant's Motion for Summary Judgment (ECF No. 29) be granted and that Plaintiff's claims be dismissed with prejudice. Plaintiff filed a timely objection, but it does not make a specific argument against Judge Bryant's analysis. ECF No. 41. Instead, Plaintiff recites factual allegations with no reference to the record, no argument as to how the allegations relate to his claims, and no critique of Judge Bryant's reasoning. Thus, the Court will review Judge Bryant's R&R for clear error. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (noting that a specific objection is necessary to require a *de novo* review of a magistrate's recommendation instead of a review for clear error).

    Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 40) in toto. Defendant's Motion for Summary Judgment (ECF No. 29) is hereby **GRANTED**. Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 19th day of March, 2025.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                Chief United States District Judge